TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00110 JAM |
| Plaintiff, | **[PROPOSED] ORDER SEALING ATTACHMENT TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 73** |
| v. | |
| HEATHER ROMOSER, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Heather Romoser, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 73 shall be SEALED until further order of this Court.

Dated: __January 21, 2022__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE