UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 26, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HEATHER LEIGH ROMOSER,

Defendant.

Case No. 2:21-cr-00110-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HEATHER LEIGH ROMOSER , Case No. 2:21-cr-00110-JAM  Charge 21 USC § 846 and 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $   150,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):  The defendant's release is delayed until Tuesday, February 15, 2022 at 9:00 AM.

Issued at Sacramento, California on January 26, 2022 at 3:00 PM.

By: _____
Magistrate Judge Allison Claire