LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JULIO MENDOZA MADRIGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JULIO MENDOZA MADRIGAL, and<br>HEATHER LEIGH ROMOSER,<br><br>        Defendants. | Case No.: 2:21-cr-0110 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    April 4, 2023<br>Time:    9:30 a.m.<br>Court:   Hon. Dale A. Drozd |

Plaintiff United States of America by and through Assistant United States Attorney Angela Scott, and Attorney Todd Leras on behalf of Defendant Julio Mendoza Madrigal, and Attorney Toni White on behalf of Defendant Heather Romoser, stipulate as follows:

1. This matter is set for a status conference on April 4, 2023. Defendants move to continue the status conference to June 27, 2023.

ORDER CONTINUING STATUS
CONFERENCE

2. This case alleges the existence of a drug distribution conspiracy involving cocaine and methamphetamine based in Stanislaus County. The investigation, conducted under the supervision of the Federal Bureau of Investigation (FBI), took place over the course of approximately two years from April 2019 to June 2021. It included controlled purchases of cocaine and methamphetamine. The FBI also used court-authorized wiretaps on at least eight target telephones associated with the drug distribution conspiracy.

3. This matter was originally assigned to United States District Judge John A. Mendez. The discovery in this case is voluminous, consisting of more than 115,000 pages of materials including investigative reports, photographs, wiretap interception requests and associated materials. The intercepted telephone calls alone comprise hundreds of hours of conversations between various participants in both English and Spanish. On January 13, 2022, Judge Mendez approved the appointment of a discovery coordinator, Discovery Coordinating Attorney John C. Ellis, Jr., to assist the defense with accessing and managing the materials produced by the government.

4. On March 1, 2022, Judge Mendez granted the request of Defendant Mendoza Madrigal's previous counsel to withdraw from the case, appointing Attorney Todd Leras as substitute counsel. (ECF Entry 90).

5. On August 25, 2022, the United States filed a "Notice of Related Cases" as to the matter of *United States v. Juan Zamora Torres,* Case No. 2:21-cr-0109 DAD and this matter. (ECF Entry 136). This Court issued a Related Cases Order on September 20, 2022. The Related Case Order effectively transferred this matter from Judge Mendez

ORDER CONTINUING STATUS CONFERENCE

to this Court. (ECF Entry 145).

6. Defendant Julio Mendoza Madrigal is presently housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is approximately sixty-five miles from downtown Sacramento. Defendant Mendoza Madrigal's primary language is Spanish. He is able to communicate in English but requires the assistance of a Spanish language interpreter when discussing complex matters such as negotiated resolution of the case, application of sentencing guidelines to the charged facts, and the manner by which a district court selects a sentence. Attorney travel for client visits is therefore a necessary part of discovery review and defense preparation in this case. The assistance of a Spanish interpreter will also be required increasingly as the case moves toward a potential negotiated disposition.

7. WBCF restricts attorney use of electronic devices, requiring facility pre-approval and assignment to a specific visiting area before access to audio and video evidence during client meetings is permitted. These restrictions complicate review of recorded portions of the discovery with Defendant Mendoza Madrigal.

8. Defense counsel for both defendants require additional time to continue review of the discovery materials with their respective clients and to conduct defense investigation stemming from them.

9. Undersigned government counsel was recently informed by the FBI case agent for this investigation that Defendant Dorian Willes passed away last week in Idaho. Undersigned government counsel informed Defendant Willes' counsel, Christopher Cosca, of Defendant Willes's passing. Given that Mr. Cosca's client is deceased, Mr.

ORDER CONTINUING STATUS
CONFERENCE

Cosca is not joining in this stipulation. Undersigned government counsel has asked the FBI to obtain a copy of Defendant Willes's death certificate, at which point the government will move to dismiss the case against Defendant Willes. Defendants Juan Zamora Torres and Robert Lewis McCommas have been sentenced in this matter. (ECF Entries 126 and 148). Consequently, neither Defendant Torres nor Defendant McCommas join in this stipulation.

10. Given the continuing defense review of the discovery materials and investigation of matters related to them, Defendants Mendoza Madrigal and Romoser request to continue the status conference to June 27, 2023. They further move to exclude time between April 4, 2023 and June 27, 2023, inclusive, under Local Codes T-2 and T-4. The government does not oppose the request.

11. Defense counsel for Defendants Mendoza Madrigal and Romoser represent and believe that failure to grant additional time as requested would deny Defendants the reasonable time necessary for effective preparation, considering the exercise of due diligence.

12. Based on the above-stated facts, Defendants jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

13. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 4, 2023 to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and

ORDER CONTINUING STATUS
CONFERENCE

(B)(ii) and (iv) [Local Codes T-2 and T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the case is complex and that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

14. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Angela Scott, and Attorney Toni White on behalf of Defendant Heather Leigh Romoser, have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  March 28, 2023                    PHILLIP A. TALBERT
                                          United States Attorney

                                          By   */s/ Todd D. Leras for*
                                               ANGELA L. SCOTT
                                               Assistant United States Attorney

DATED: March 28, 2023

                                          By   */s/ Todd D. Leras*
                                               TODD D. LERAS
                                               Attorney for Defendant
                                               JULIO MENDOZA MADRIGAL

DATED:  March 28, 2023

                                          By   */s/ Todd D. Leras for*
                                               TONI L. WHITE
                                               Attorney for Defendant
                                               HEATHER LEIGH ROMOSER

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 4, 2023, is vacated. A new status conference is scheduled for June 27, 2023, at 9:30 a.m.  The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 and T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 4, 2023, up to and including June 27, 2023.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE