LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JULIO MENDOZA MADRIGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JULIO MENDOZA MADRIGAL, and<br>HEATHER LEIGH ROMOSER,<br><br>　　　　Defendants. | Case No.: 2:21-cr-0110 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　June 27, 2023<br>Time:　9:30 a.m.<br>Court:　Hon. Dale A. Drozd |

　　　This matter is presently set for a status conference on June 27, 2023.  By this stipulation, Defendants Julio Mendoza Madrigal and Heather Romoser request to continue the status conference to September 26, 2023.  Plaintiff United States of America by and through Assistant United States Attorney Angela Scott, and Attorney Todd Leras on behalf of Defendant Julio Mendoza Madrigal, and Attorney Toni White on behalf of Defendant Heather Romoser, stipulate as follows:

ORDER CONTINUING STATUS
CONFERENCE

1. This case has previously been deemed complex, in part, based on the investigative procedures used (including court authorized interceptions of telephone calls) and the volume of discovery which currently consists of more than 115,000 pages of materials. These discovery materials include investigative reports, photographs, wiretap interception requests, and hundreds of hours of intercepted conversations between various participants in both English and Spanish.

2. Defendant Julio Mendoza Madrigal is housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is approximately sixty-five miles from his defense counsel's downtown Sacramento office. Defendant Mendoza Madrigal's primary language is Spanish. He can communicate in English but requires the assistance of a Spanish language interpreter when discussing complex matters such as negotiated resolution of the case, application of sentencing guidelines to the charged facts, and how a district court selects a sentence. Attorney travel for client visits continues to be a necessary part of discovery review and defense preparation in this case.

3. Both defendants are engaged in continuing review of the voluminous discovery materials and investigation of potential defenses. On that ground, defense counsel request additional time to complete discovery review and defense investigation. Mr. Mendoza Madrigal is also simultaneously engaged in settlement discussions with the government. The assistance of a Spanish interpreter for Mr. Mendoza Madrigal will be required as the case moves toward a potential negotiated resolution and disposition.

ORDER CONTINUING STATUS CONFERENCE

4. Defense counsel for both defendants require additional time to continue their review of the discovery materials with their respective clients and to conduct defense investigation stemming from them. Defendant Mendoza Madrigal is simultaneously investigating potential sentencing mitigation evidence in support of his anticipated sentencing request in the event of a resolution.

5. Given the continuing defense review of the discovery materials and investigation of matters related to them, Defendants Mendoza Madrigal and Romoser move to exclude time between June 27, 2023, and September 26, 2023, inclusive. The government does not oppose the request.

6. Defense counsel for Defendants Mendoza Madrigal and Romoser represent and believe that failure to grant additional time as requested would deny Defendants the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendants jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of June 27, 2023 to September 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(ii) and (iv) [Local Codes T-2 and T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the case is

ORDER CONTINUING STATUS CONFERENCE

complex and that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Angela Scott, and Attorney Toni White on behalf of Defendant Heather Leigh Romoser, have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  June 21, 2023　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By    */s/ Todd D. Leras for*
　　　　　　　　　　　　　　　　　　　　ANGELA L. SCOTT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: June 21, 2023

　　　　　　　　　　　　　　　　　　By    */s/ Todd D. Leras*
　　　　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　JULIO MENDOZA MADRIGAL

DATED:  June 21, 2023

　　　　　　　　　　　　　　　　　　By    */s/ Todd D. Leras for*
　　　　　　　　　　　　　　　　　　　　TONI L. WHITE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　HEATHER LEIGH ROMOSER

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, set for June 27, 2023, is vacated. A new status conference is set for September 26, 2023, at 9:30 a.m. The Court further finds, based on the representations of the parties and the request of defense counsel, that time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 and T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 27, 2023, up to and including September 26, 2023. However, counsel are advised that no further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **June 21, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE