TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>            Defendant | CASE NO. 2:21-CR-00110-DAD-5<br><br>**STIPULATION TO VACATE SENTENCING AND SET MATTER FOR A STATUS CONFERENCE REGARDING SETTING SENTENCING HEARING; ORDER** |

Defendant HEATHER ROMOSER, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ANGELA SCOTT, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 11, 2024.

2. By this stipulation, defendant now moves to vacate the sentencing hearing and set a status regarding sentencing for July 16, 2024. The GOVERNMENT does not oppose this request.

3. Defense counsel is working on putting together a mitigation package for Ms. Romoser and needs additional time to complete that task so that mitigation information can be transmitted to the probation officer prior to the preparation of the presentence report. Setting a status at this time will give defense counsel the opportunity to determine a timeline and to request a disclosure schedule going forward that will be more realistic.

4. The probation officer, Janice Slusarenko, is in agreement with this request.

IT IS SO STIPULATED.

Dated:  May 22, 2024                    PHILLIP A. TALBERT
                                        United States Attorney

                                        By:/s/ Toni White for
                                        ANGELA SCOTT
                                        Assistant U.S. Attorney

                                        For the United States

Dated: May 22, 2024              By:    /s/ Toni White
                                        TONI WHITE

                                        For Defendant Heather Romoser

## **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled in this action for June 11, 2024, is vacated and a hearing regarding the status of sentencing is now set for July 16, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 22, 2024**                _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

2