TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>Defendant | CASE NO. 2:21-CR-00110 DAD<br><br>**STIPULATION TO SET MATTER FOR A SENTENCING HEARING AND SET FORTH A DISCLOSURE SCHEDULE; ORDER** |

Defendant HEATHER ROMOSER, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ANGELA SCOTT, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing status on July 16, 2024.

2. By this stipulation, defendant now moves to set the sentencing hearing for November 5, 2024. The GOVERNMENT does not oppose this request.

3. Defense counsel is continuing to work on sentencing mitigation and gathering materials for presentation to the probation department for preparation of the presentence report. Additionally, Ms. Romoser has to fly here from Idaho and needs lead time to arrange for an affordable plane ticket.

4. A probation officer will be assigned once the court sets the disclosure schedule.

1

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | November 5, 2024 |
| Reply, or Statement of Non-opposition: | October 29, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 22, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | October 15, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | October 8, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | October 1, 2024 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | September 24, 2024 |

IT IS SO STIPULATED.

Dated:  July 12, 2024            PHILLIP A. TALBERT
                                 United States Attorney

                                 By:*/s/ Toni White for*
                                 ANGELA SCOTT
                                 Assistant U.S. Attorney

                                 For the United States

Dated: July 12, 2024      By:    */s/ Toni White*
                                 TONI WHITE

                                 For Defendant Heather Romoser

2

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing status hearing scheduled for July 16, 2024 is vacated, the case is set for sentencing hearing on November 5, 2024, at 9:30 a.m. and the presentence report schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:   **July 12, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

.

3