TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>Defendant | CASE NO. 2:21-CR-00110 DAD<br><br>**STIPULATION TO SET MATTER FOR A SENTENCING HEARING AND SET FORTH A DISCLOSURE SCHEDULE; ORDER** |

Defendant HEATHER ROMOSER, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney ANGELA SCOTT, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing status on November 5, 2024.

2. By this stipulation, defendant now moves to set the sentencing hearing for March 24, 2025. The GOVERNMENT does not oppose this request.

3. A probation officer has now been assigned to complete the presentence report. Defense counsel is continuing to work on sentencing mitigation and gathering materials for presentation to the probation department for preparation of the presentence report. Additionally, Ms. Romoser has to fly here from Idaho and needs lead time to arrange for an affordable plane ticket.

4. The parties request the following disclosure schedule:

1

| | |
|---|---|
| Judgment and Sentencing Date: | March 24, 2025 |
| Reply, or Statement of Non-opposition: | March 17, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 10, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | March 3, 2025 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | February 24, 2025 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | February 10, 2025 |

IT IS SO STIPULATED.

Dated:  October 29, 2024         PHILLIP A. TALBERT
                                 United States Attorney

                                 By:*/s/ Toni White for*
                                 ANGELA SCOTT
                                 Assistant U.S. Attorney

                                 For the United States

Dated: October 29, 2024          By:    */s/ Toni White*
                                 TONI WHITE

                                 For Defendant Heather Romoser

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing status hearing previously scheduled for November 5, 2024 is vacated and defendant Heather Romoser is now scheduled for sentencing on March 24, 2025 at 9:30 a.m. before the undersigned.  The parties proposed schedule with respect to the presentence report and related dates is adopted.

IT IS SO ORDERED.

Dated:  **October 29, 2024**         _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

2