TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>Defendant | CASE NO. 2:21-CR-00110 KJM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant HEATHER ROMOSER, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorneys EMILY SAUVAGEAU and ROBERT ABENDROTH, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 24, 2025.

2. By this stipulation, defendant now moves to continue the sentencing to May 19, 2025. The GOVERNMENT does not oppose this request.

3. The draft probation report was filed on March 6, 2025. Additional time is needed to complete the informal objection process so that a final report may be completed. More time will be needed for review of the final report, once completed, and preparation of sentencing briefing. Defendant also needs additional time to gather sentencing mitigation. Lastly, Ms. Romoser will be flying to sentencing from her home in Idaho. She needs to have enough time to change her plane and hotel reservation and reschedule.

1

1     4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

    5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | May 19, 2025 |
| Reply, or Statement of Non-opposition: | May 12, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 5, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 28, 2025 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 21, 2025 |
| The Proposed Pre-Sentence Report Has Been Disclosed to Counsel. | |

IT IS SO STIPULATED.

Dated:  March 20, 2025                                 MICHELE BECKWITH
                                                       Acting United States Attorney

                                          By:          */s/ Emily Sauvageau*
                                                       EMILY SAUVAGEAU
                                                       Assistant U.S. Attorney

                                                       For the United States


Dated:  March 20, 2025                    By:          */s/ Robert Abendroth*
                                                       ROBERT ABENDROTH
                                                       Assistant U.S. Attorney

                                                       For the United States


Dated:  March 20, 2025                    By:          */s/ Toni White*
                                                       TONI WHITE
                                                       For Defendant
                                                       Heather Romoser


# O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for March 24, 2025, is continued to May 19, 2025, at 9:30 a.m. and the PSR disclosure schedule and related dates proposed by the parties is adopted. **However, no further continuances of the of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 20, 2025**                             _____
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE

3