TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>                    Defendant | CASE NO. 2:21-CR-00110-DAD-5<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant HEATHER ROMOSER, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorneys EMILY SAUVAGEAU and ROBERT ABENDROTH, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on May 21, 2025.

2.  By this stipulation, defendant now moves to continue the sentencing to June 9, 2025. The GOVERNMENT does not oppose this request.

3. The draft probation report was filed on March 6, 2025. Additional time is needed to complete the final report. More time will be needed for review of the final report, once completed, and preparation of sentencing briefing. Defendant also needs additional time to gather sentencing mitigation. Lastly, a psychological evaluation of Ms. Romoser has been completed and the psychologist indicates that the report should be available in the next week. We do not have it at this time and it is needed to support Ms. Romoser's mitigation package.

4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | June 9, 2025 |
| Reply, or Statement of Non-opposition: | June 4, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 2, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | May 26, 2025 |
| The Proposed Pre-Sentence Report Has Been Disclosed to Counsel. | |

///
///
///
///
///

IT IS SO STIPULATED.

Dated:  May 16, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                  By:   */s/ Emily Sauvageau*
                                        EMILY SAUVAGEAU
                                        Assistant U.S. Attorney

                                        For the United States

Dated:  May 16, 2025            By:     */s/ Robert Abendroth*
                                        ROBERT ABENDROTH
                                        Assistant U.S. Attorney

                                        For the United States

2

Dated: May 16, 2025   By:   */s/ Toni White*
                                  TONI WHITE
                                  For Defendant
                                  Heather Romoser

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 16, 2025**   _____
                                  DALE A. DROZD
                                  UNITED STATES DISTRICT JUDGE

3