TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
HEATHER ROMOSER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HEATHER ROMOSER,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 2:21-CR-00110 DAD

**ORDER SEALING EXHIBITS B AND C AND SUPPLEMENTAL FILING TO DEFENDANT'S SENTENCING MEMORANDUM**

        Pursuant to Local Rule 141(b), and based upon the representation contained in the

Request to Seal filed by defendant Heather Romoser, IT IS HEREBY ORDERED that exhibits B

and C and the supplemental filing to defendant's sentencing memorandum shall be SEALED

until further order of this Court.

        IT IS SO ORDERED.

Dated:    **June 8, 2025**            _____

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28